**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF GEORGIA**

**SAVANNAH DIVISION**



| | |
|---|---|
| DAVID SUTHERLAND, )<br>)<br>Petitioner, )<br>)<br>v. )<br>)<br>WARDEN AMMONS and THE )<br>ATTORNEY GENERAL OF THE )<br>STATE OF GEORGIA, )<br>)<br>Respondents. ) | Case No. CV408-240 |

## ORDER

After a careful de novo review of the record in this case, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is adopted as the opinion of the Court.

SO ORDERED this ___ day of _____, 2009.

B. AVANT EDENFIELD
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA